**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-2418**

_____

HELEN C. VELLO,

                           Plaintiff - Appellant,

    versus

WILLIAM J. HENDERSON,

                         Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, Senior District Judge.  (CA-01-561-WMN)

_____

Submitted:  January 28, 2004      Decided:  March 8, 2004

_____

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Helen C. Vello, Appellant Pro Se.  Nadira Clarke, Special Assistant United States Attorney, Kristine L. Sendek Smith, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Helen C. Vello appeals the district court's order denying her civil action alleging Postmaster General William J. Henderson failed to comply with an order issued by the Equal Employment Opportunity Commission. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Vello v. Henderson, No. CA-01-561-WMN (D. Md. Oct. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED